*UNITED STATES DISTRICT COURT*

*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| **SCOTT & WHITE HEALTH PLAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 01-1824 (JGP)** |
| | ) | 05- 963C |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's **Motion to Transfer to the Court of Federal Claims [34]** is **GRANTED**, and it is further

**ORDERED** that this case be transferred to the Court of Federal Claims.

**DATE: March 31, 2005**

**JOHN GARRETT PENN**
**United States District Judge**

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 3-31-05

NANCY MAYER-WHITTINGTON, CLERK
By: [signature]

71