TRANSFERRED, TYPE-E

05-963C

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:01-cv-01824-JGP**
**Internal Use Only**

SCOTT & WHITE HEALTH PLAN v. OFFICE OF PERSONNEL MANAGEMENT
Assigned to: Judge John G. Penn
Cause: 28:2201 Declaratory Judgement

Date Filed: 08/27/2001
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**SCOTT & WHITE HEALTH PLAN** represented by **Joel L. Michaels**
MCDERMOTT, WILL & EMERY
600 13th Street, NW
Washington, DC 20005-3096
(202) 756-8000
Fax: (202) 756-8087
Email: jmichaels@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G. Horan**
MCDERMOTT, WILL & EMERY
600 13th Street, NW
Washington, DC 20005
(202) 756-8298
Fax: (202) 756-8087
Email: jhoran@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 8-27-05
NANCY MAYER-WHITTINGTON, CLERK
By:

V.

**Defendant**

**OFFICE OF PERSONNEL MANAGEMENT** represented by **Jane M. Lyons**
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Room E4822
Washington, DC 20530

(202) 514-7161
Fax: (202) 514-8780
Email: jane.lyons@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent H. Cohen, Jr.**
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
Fax: (202) 637-5910
Email: vhcohenjr@hhlaw.com
*TERMINATED: 01/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2001 | 1 | COMPLAINT against OFFICE OF PERSONNEL MANAGEMENT ( Filing fee $150 ). Filed by SCOTT & WHITE HEALTH PLAN. (jeb, ) (Entered: 08/30/2001) |
| 08/27/2001 | | SUMMONS Not Issued as to OFFICE OF PERSONNEL MANAGEMENT (jeb, ) (Entered: 08/30/2001) |
| 10/10/2001 | 2 | RETURN OF SERVICE/AFFIDAVIT (1) of Summons and Complaint Executed. John Ashcroft, Attorney General of the U.S., served on 9/23/2001, answer due 10/15/2001 (ag, ) (Entered: 10/17/2001) |
| 10/10/2001 | 3 | RETURN OF SERVICE/AFFIDAVIT (1) of Summons and Complaint Executed. U.S. Attorney, Roscoe Howard was served on 9/23/2001, answer due 11/23/2001 (ag, ) (Entered: 10/17/2001) |
| 10/10/2001 | 4 | RETURN OF SERVICE/AFFIDAVIT (1) of Summons and Complaint Executed. OFFICE OF PERSONNEL MANAGEMENT served on 9/23/2001, answer due 10/15/2001 (ag, ) (Entered: 10/17/2001) |
| 10/12/2001 | 5 | NOTICE of Appearance by Vincent H. Cohen Jr. on behalf of OFFICE OF PERSONNEL MANAGEMENT (ag, ) (Entered: 10/17/2001) |
| 11/14/2001 | 6 | NOTICE *to Court Concerning Mail Service at United States Attorney's Office* by OFFICE OF PERSONNEL MANAGEMENT (ag, ) (Entered: 11/16/2001) |
| 11/20/2001 | 7 | Unopposed MOTION for Extension of Time to File Answer *by 1/4/02* by OFFICE OF PERSONNEL MANAGEMENT. (jeb, ) (Entered: 11/23/2001) |
| 01/09/2002 | 8 | Unopposed MOTION for Extension of Time to File Answer by OFFICE OF PERSONNEL MANAGEMENT. (Cohen, Vincent) (Entered: 01/09/2002) |

| | | |
|---|---|---|
| 01/11/2002 | 9 | ANSWER to Complaint by OFFICE OF PERSONNEL MANAGEMENT. (Cohen, Vincent) (Entered: 01/11/2002) |
| 03/11/2002 | 10 | SCHEDULING ORDER:Signed by Judge John Garrett Penn on 03/11/02. (lcpenn1) (Entered: 03/11/2002) |
| 03/26/2002 | 11 | Revised SCHEDULING ORDER:Signed by Judge John Garrett Penn on 03/26/02. (lcpenn1) (Entered: 03/26/2002) |
| 03/28/2002 | | SCHEDULING NOTICE:The initial scheduling conference set for April 3, 2002, at 9:30 a.m. is hereby vacated. The initial scheduling conference is rescheduled for April 11, 2002, at 9:30 a.m.Signed by Judge John Garrett Penn on 03/28/02. (lcpenn1) (Entered: 03/28/2002) |
| 03/29/2002 | 12 | ***ENTERED IN ERROR***STATUS REPORT *Joint Statement Addressing Matters in the Court's Order for Initial Scheduling Hearing* by SCOTT & WHITE HEALTH PLAN. (Horan, John) Modified on 3/29/2002 (wes, ). (Entered: 03/29/2002) |
| 03/29/2002 | 13 | STATUS REPORT *Joint Statement Addressing Matters in the Court's Order for Initial Scheduling Hearing* by SCOTT & WHITE HEALTH PLAN. (Horan, John) (Entered: 03/29/2002) |
| 04/11/2002 | | Minute Entry: Scheduling Conference held on 4/11/2002 before Judge John Garrett Penn: OTBP. (Court Reporter Kay Moomey.) (kmk, ) (Entered: 04/11/2002) |
| 04/11/2002 | 14 | SCHEDULING ORDER:Signed by Judge John Garrett Penn on 04/11/02. (lcpenn1) (Entered: 04/11/2002) |
| 04/12/2002 | 15 | ORDER Signed by Judge John Garrett Penn on 04/12/02. (lcpenn1) (Entered: 04/12/2002) |
| 04/15/2002 | 16 | MOTION for Protective Order by OFFICE OF PERSONNEL MANAGEMENT. (Cohen, Vincent) (Entered: 04/15/2002) |
| 04/17/2002 | 17 | Memorandum in opposition to motion re 16 *Defendant's Motion for Protective Order* filed by SCOTT & WHITE HEALTH PLAN. (Horan, John) (Entered: 04/17/2002) |
| 04/19/2002 | 18 | ORDER granting Motion for Protective Order and requiring OPM to provide a copy of the administrative record to Scott & White by April 29, 2002 16. Signed by Judge John Garrett Penn on 04/19/02. (lcpenn1, ) (Entered: 04/19/2002) |
| 04/29/2002 | 19 | NOTICE *of Filing of Administrative Record* by OFFICE OF PERSONNEL MANAGEMENT (Cohen, Vincent) (Entered: 04/29/2002) |
| 05/06/2002 | 20 | MOTION for Summary Judgment , *Memorandum in Support thereof, Statement of Material Facts, and Declaration of Jimmy Carroll* by SCOTT & WHITE HEALTH PLAN. (Horan, John) (Entered: 05/06/2002) |

| | | |
|---|---|---|
| 05/06/2002 | 22 | ENTERED IN ERROR..... MOTION to Dismiss *or in the alternative*, MOTION for Summary Judgment by OFFICE OF PERSONNEL MANAGEMENT. (cdw, ) Modified on 8/14/2003 (rje, ). (Entered: 05/08/2002) |
| 05/07/2002 | 21 | MOTION to Dismiss by OFFICE OF PERSONNEL MANAGEMENT. (Cohen, Vincent) (Entered: 05/07/2002) |
| 06/03/2002 | 23 | Joint MOTION for Extension of Time to File Response/Reply *to the Parties' Dispositive Motions* by SCOTT & WHITE HEALTH PLAN. (Horan, John) (Entered: 06/03/2002) |
| 06/03/2002 | | ORDER granting Motion for Extension of Time to File Response/Reply 23. The parties' responses to the dispositive motions shall be filed on or before June 28, 2002. Signed by Judge John Garrett Penn on 06/03/02. (lcpenn1 ) (Entered: 06/03/2002) |
| 06/14/2002 | 24 | Joint MOTION for Extension of Time to File Response/Reply by SCOTT & WHITE HEALTH PLAN. (Cohen, Vincent) (Entered: 06/14/2002) |
| 06/21/2002 | | ORDER granting Motion for Extension of Time to File Response/Reply 24. The parties shall file their Oppositions on for before June 28, 2002, and file their Replies on or before July 19, 2002. Signed by Judge John Garrett Penn on 06/21/02. (lcpenn1) (Entered: 06/21/2002) |
| 06/28/2002 | 25 | MEMORANDUM in Opposition to Motion re 20 filed by OFFICE OF PERSONNEL MANAGEMENT. (Cohen, Vincent) (Entered: 06/28/2002) |
| 06/28/2002 | 26 | MOTION to Strike 22 *Declaration of Nancy H. Kichak, Memorandum in Support Thereof, and Proposed Order* by SCOTT & WHITE HEALTH PLAN. (Horan, John) (Entered: 06/28/2002) |
| 06/28/2002 | 27 | MEMORANDUM in Opposition to Motion re 22 *to Dismiss, or in the alternative, for Summary Judgment, with Statement of Genuine Issues* filed by SCOTT & WHITE HEALTH PLAN. (Horan, John) (Entered: 06/28/2002) |
| 07/02/2002 | 28 | MOTION for Extension of Time to File by OFFICE OF PERSONNEL MANAGEMENT. (Cohen, Vincent) (Entered: 07/02/2002) |
| 08/09/2002 | 29 | MOTION for Extension of Time to File Response/Reply by OFFICE OF PERSONNEL MANAGEMENT. (Cohen, Vincent) (Entered: 08/09/2002) |
| 08/26/2002 | 30 | REPLY to opposition to motion re 20 filed by OFFICE OF PERSONNEL MANAGEMENT. (Cohen, Vincent) (Entered: 08/26/2002) |
| 08/26/2002 | 31 | Memorandum in opposition to motion re 26 *to strike declaration of Nancy Kichak* filed by OFFICE OF PERSONNEL MANAGEMENT. (Cohen, Vincent) (Entered: 08/26/2002) |
| 08/26/2002 | 32 | REPLY in support of motion re 20 *Summary Judgment* filed by SCOTT & WHITE HEALTH PLAN. (Horan, John) (Entered: 08/26/2002) |

| | | |
|---|---|---|
| 09/23/2002 | | ORDER granting Motion for Extension of Time to Answer 7 . Signed by Judge John Garrett Penn on 11/23/01. (lcpenn1, ) (Entered: 09/23/2002) |
| 09/23/2002 | | ORDER granting Motion for Extension of Time to Answer 8 . Signed by Judge John Garrett Penn on 01/11/02. (lcpenn1, ) (Entered: 09/23/2002) |
| 09/23/2002 | | ORDER granting Motion for Extension of Time to File 28 . Signed by Judge John Garrett Penn on 07/08/02. (lcpenn1, ) (Entered: 09/23/2002) |
| 09/23/2002 | | ORDER granting Motion for Extension of Time to File Response/Reply 29. Defendant may file its reply or opposition to plaintiff's pleading on or before August 26, 2002. Signed by Judge John Garrett Penn on 08/12/02. (lcpenn1, ) (Entered: 09/23/2002) |
| 01/07/2003 | 33 | ATTORNEY APPEARANCE. (Lyons, Jane) (Entered: 01/07/2003) |
| 01/07/2003 | | *** Attorney Vincent H. Cohen terminated. (mpt, ) (Entered: 01/13/2003) |
| 08/14/2003 | | ***Motions terminated: 22 MOTION to Dismiss *or in the alternative* MOTION for Summary Judgment filed by OFFICE OF PERSONNEL MANAGEMENT. (mpt, ) (Entered: 09/30/2003) |
| 11/05/2003 | 34 | MOTION to Transfer Case *to the Court of Federal Claims* by OFFICE OF PERSONNEL MANAGEMENT. (Attachments: # 1 April 22, 2003 Order from CFC# 2 Texas Health Choice R & R# 3 Def.'s Opp. to Pl.'s Motion to Stay Proceedings in CFC# 4 Contract Excerpts)(Lyons, Jane) (Entered: 11/05/2003) |
| 11/17/2003 | 35 | Memorandum in opposition to motion re 34 *transfer to Court of Federal Claims* filed by SCOTT & WHITE HEALTH PLAN. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Nadel, Michael) (Entered: 11/17/2003) |
| 12/01/2003 | 36 | Consent MOTION for Extension of Time to *File Reply* by OFFICE OF PERSONNEL MANAGEMENT. (Lyons, Jane) (Entered: 12/01/2003) |
| 12/08/2003 | 37 | REPLY in support of motion re 34 *to transfer to the Court of Federal Claims* filed by OFFICE OF PERSONNEL MANAGEMENT. (Attachments: # 1 Exhibit CFC Judgment of Dismissal# 2 Exhibit Govt Post-Hearing Brief in Texas Health Choice)(Lyons, Jane) (Entered: 12/08/2003) |
| 03/12/2004 | 38 | NOTICE by OFFICE OF PERSONNEL MANAGEMENT re 34 MOTION to Transfer Case *to the Court of Federal Claims - Recent Decisions* (Lyons, Jane) (Entered: 03/12/2004) |
| 03/17/2004 | 39 | RESPONSE to *Defendant's Notice of Supplemental Authority* filed by SCOTT & WHITE HEALTH PLAN. (Nadel, Michael) (Entered: 03/17/2004) |
| 03/15/2005 | 40 | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by OFFICE OF PERSONNEL MANAGEMENT (Attachments: # 1 Exhibit Texas Health Choice v OPM (Fed. Cir. March 3, 2005))(Lyons, Jane) (Entered: |

| | | |
|---|---|---|
| | | 03/15/2005) |
| 03/30/2005 | | ORDER granting, nunc pro tunc, 36 Unopposed Motion for Extension of Time to File Reply. Reply due December 8, 2003. Signed by Judge John Garrett Penn on March 30, 2005.(lcjgp1) (Entered: 03/30/2005) |
| 03/31/2005 | 41 | ORDER granting Motion 34 to Transfer Case to the Court of Federal Claims. Signed by Judge John Garrett Penn on March 31, 2005. (lcjgp1) (Entered: 03/31/2005) |
| 03/31/2005 | 42 | MEMORANDUM AND OPINION on Defendant's Motion 34 to Transfer to the Court of Federal Claims. Signed by Judge John Garrett Penn on March 31, 2005. (lcjgp1) (Entered: 03/31/2005) |
| 03/31/2005 | | ***Civil Case Terminated. (jwb) (Entered: 04/04/2005) |
| 04/04/2005 | 43 | NOTICE OF APPEAL To U.S. Court of Appeals For the Federal Circuitas to 42 Memorandum & Opinion, 41 Order on Motion to Transfer Case by SCOTT & WHITE HEALTH PLAN. Filing fee $ 255, receipt number 133335. (lc, ) Modified on 4/15/2005 (lc, ). (Entered: 04/15/2005) |
| 04/15/2005 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals For the Federal Circuit re 43 Notice of Appeal (lc, ) (Entered: 04/15/2005) |
| 04/15/2005 | | USCA Appeal Fees received $ 255 receipt number 133335 re 43 Notice of Appeal filed by SCOTT & WHITE HEALTH PLAN, (rje, ) (Entered: 04/19/2005) |
| 04/25/2005 | | USCA for the Federal Circuit Case Number 05-1356 for 43 Notice of Appeal filed by SCOTT & WHITE HEALTH PLAN,. (rje, ) (Entered: 04/26/2005) |
| 07/01/2005 | 44 | MANDATE of USCA dismissing case by agreement of parties (certified copy) as to 43 Notice of Appeal filed by SCOTT & WHITE HEALTH PLAN, (lc, ) (Entered: 07/05/2005) |
| 08/29/2005 | | Case transferrred out to the United States Court of Federal Claims pursuant to Order filed 03/31/05; sent by certified mail.(rje, ) (Entered: 08/29/2005) |