IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT & WHITE HEALTH PLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-963C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING APPENDIX

Pursuant to this Court's order dated September 19, 2005, defendant respectfully files the Appendix in this case.

The first section of the appendix contains the "Administrative Record," which includes documents pertaining to the proposed notice and promulgation of the regulation by the Office of Personnel Management (OPM). 48 C.F R. §1652.216-70(b)(6). The second section of the appendix contains documents pertaining to each of the three providers, including contract provisions, correspondence between the parties, and the claim that the provider submitted to the contracting officer pursuant to the Contract Disputes Act (CDA), 41 U.S.C. §§401 et seq.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Jane W. Vanneman
JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-1011

Attorneys for Defendant-Appellant

October 24, 2005

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on October 24, 2005, a copy of the foregoing “NOTICE OF FILING APPENDIX"and "APPENDIX” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/Lisa R. Aiken