Separating employees — Within 61 days after an employee's enrollment terminates because of separation from service, his or her employing office must notify the employee of the opportunity to elect TCC. The employee has 60 days after separation (or after receiving the notice from the employing office, if later) to elect TCC.

Children — You must notify your employing office or retirement system when a child becomes eligible for TCC within 60 days after the qualifying event occurs, for example, the child reaches age 22 or marries.

Former spouses — You or your former spouse must notify the employing office or retirement system of the former spouse's eligibility for TCC within 60 days after the termination of the marriage. A former spouse may also qualify for TCC if, during the 36-month period of TCC eligibility, he or she loses spouse equity eligibility because of remarriage before age 55 or loss of the qualifying court order. This applies even if he or she did not elect TCC while waiting for spouse equity coverage to begin. The former spouse must contact the employing office within 60 days of losing spouse equity eligibility to apply for the remaining months of TCC to which he or she is entitled.

The employing office or retirement system has 14 days after receiving notice from you or the former spouse to notify the child or the former spouse of his or her rights under TCC. If a child wants TCC, he or she must elect it within 60 days after the date of the qualifying event (or after receiving the notice, if later). If a former spouse wants TCC, he or she must elect it within 60 days after any of the following events: the date of the qualifying event or the date he or she receives the notice, whichever is later; or the date he or she loses coverage under the spouse equity law because of remarriage before age 55 or loss of the qualifying court order.

Important: The employing office or retirement system must be notified of a child's or former spouse's eligibility for TCC within the 60-day time limit. If the employing office or retirement system is not notified, the opportunity to elect TCC ends 60 days after the qualifying event in the case of a child and 60 days after the change in status in the case of a former spouse.

Conversion to individual coverage

When none of the above choices are available — or chosen — when coverage as an employee or family member ends, or when TCC coverage ends (except by cancellation or nonpayment of premium), you may be eligible to convert to an individual, nongroup contract. You will not be required to provide evidence of good health and the plan is not permitted to impose a waiting period or limit coverage for preexisting conditions. If you wish to convert to an individual contract, you must apply in writing to the carrier of the plan in which you are enrolled within 31 days after receiving notice of the conversion right from your employing agency. A family member must apply to convert within the 31-day free extension of coverage that follows the event that terminates coverage, e. g., divorce or reaching age 22. Benefits and rates under the individual contract may differ from those under the FEHB Program.

**Certificate of Creditable Coverage**

**Under Federal law, if you lose coverage under the FEHB Program, you should automatically receive a Certificate of Group Health Plan Coverage from the last FEHB Plan to cover you. This certificate, along with any certificates you receive from other FEHB plans you may have been enrolled in, may reduce or eliminate the length of time a preexisting condition clause can be applied to you by a new non-FEHB insurer. If you do not receive a certificate automatically, you must be given one on request.**

Facts about this Plan

This Plan is a comprehensive medical plan, sometimes called a health maintenance organization (HMO). When you enroll in an HMO, you are joining an organized system of health care that arranges in advance with specific doctors, hospitals and other providers to give care to members and pays them directly for their services. Benefits are available only from Plan providers except during a medical emergency. Members are required to select a personal doctor from among participating Plan primary care doctors. Services of a specialty care doctor can only be received by referral from the selected primary care doctor. There are no claim forms when Plan doctors are used.

Your decision to join an HMO should be based on your preference for the plan's benefits and delivery system, not because a particular provider is in the plan's network. You cannot change plans because a provider leaves an HMO.

Because the Plan provides or arranges your care and pays the costs, it seeks efficient and effective delivery of health services. By controlling unnecessary or inappropriate care, it can afford to offer a comprehensive range of benefits. In addition to providing comprehensive health services and benefits for accidents, illness and injury, the Plan emphasizes preventive benefits such as office visits, physicals, immunizations and well-baby care. You are encouraged to get medical attention at the first sign of illness. 6
6 Page 7 8

7 Facts about this Plan continued

Information you have a right to know

All plans in the FEHB Program must provide certain information to you. If you did not receive information about this Plan, you can obtain it by calling the Plan at 254/298-3000 or you may write the Plan at Scott and White Health Plan, 2401 South 31st Street, Temple, TX 76508. You may also contact the Plan by fax at 254/298-3385, at its website at http://www.sw.org or by email at hpsjp@swmail.sw.org.

Information that must be made available to you includes:

Disenrollment rates for 1997.
Compliance with State and Federal licensing or certification requirements and the dates met. If noncompliant, the reason for noncompliance.
Accreditations by recognized accreditating agencies and the dates received.
Carrier's type of corporate form and years in existence.
Whether the carrier meets State, Federal and accreditation requirements for fiscal solvency, confidentiality and transfer of medical records.

Who provides care to Plan members?

The Plan provides a coordinated system of care through Scott and White Clinic, a large multispecialty group medical practice with outpatient clinics throughout the Service Area (refer to the Plan's Participating Facility Directory for details). There are approximately 238 primary care doctors to choose from and over 370 specialists who provide care upon referral from your primary care doctor.

In the event Plan doctors prescribe covered services for you and there are not enough providers in the Plan's network to provide those services to you within a reasonable time prescribed by your Plan doctor, the Plan's medical director will authorize those services to be provided by providers who are not in the Plan's network. Prior to receiving such care, you must have approval from the Plan's medical director. If approval is granted, you will be obligated to pay for covered services only to the same extent you would have been obligated if you received those services from Plan providers.

Role of a primary care doctor

The first and most important decision each member should make is the selection of a primary care doctor. The decision is important since it is through this doctor that other health services, particularly those of specialists, may be obtained. It is the responsibility of your primary care doctor to obtain any necessary authorizations from the Plan before referring you to a specialist or making arrangements for hospitalization. Services of other Plan providers are covered only when there has been a referral by the member's primary care doctor, with the following exceptions: a woman may also designate a Scott and White Clinic obstetrician or gynecologist as an additional primary care doctor for her Plan obstetrical/ gynecological care and a member may obtain routine vision care from a Plan provider without referral.

Choosing your doctor

The Plan's provider directory lists primary care doctors (generally family practitioners, pediatricians, and internists), with their locations and phone numbers, and notes whether or not the doctor is accepting new patients. Directories are updated on a regular basis and are available at the time of enrollment or upon request by calling the Member Relations Department in Temple at 254/298-3000, in Waco at 254/776-5468, in Bryan/ College Station at 409/268-7947, or in Round Rock at 512/310-3000; you can also find out if your doctor participates with this Plan by calling this number. If you are interested in receiving care from a specific provider who

is listed in the directory, call the provider to verify that he or she still participates with the Plan and is accepting new patients. Important note: When you enroll in this Plan, services (except for emergency benefits) are provided through the Plan's delivery system; the continued availability and/ or participation of any one doctor, hospital, or other provider, cannot be guaranteed.

If you enroll, you will be asked to let the Plan know which primary care doctor(s) you've selected for you and each member of your family by sending a selection form to the Plan. If you need help choosing a doctor, call the Plan. If you fail to select a primary care doctor, you will be assigned to one by the Plan. Members may change their doctor selection by notifying the Plan 30 days in advance. Also, primary care doctors may cease accepting new members or may require you to change to a different primary care doctor.

If you are receiving services from a doctor who leaves the Plan, the Plan will pay for covered services until the Plan can arrange with you for you to be seen by another participating doctor.

Referrals for specialty care

Except in a medical emergency, or when a primary care doctor has designated another doctor to see his or her patients, you must receive a referral from your primary care doctor before seeing any other doctor or obtaining special services. Referral to a participating specialist is given at the primary care doctor's discretion; if non-Plan specialists or consultants are required, the primary care doctor will arrange for appropriate referrals.

When you receive a referral from your primary care doctor, you must return to the primary care doctor after the consultation unless your doctor authorizes additional visits. All follow-up care must be provided or authorized by the primary care doctor. Do not go to the specialist for a second visit unless your primary care doctor has arranged for, and the Plan has issued an authorization for, the referral in advance.

If you have a chronic, complex, or serious medical condition that causes you to see a Plan specialist frequently, your primary care doctor will develop a treatment plan with you and your health plan that allows an adequate number of direct access visits with that specialist. The treatment plan will permit you to visit your specialist without the need to obtain further referrals.

Authorizations

The Plan will provide benefits for covered services only when the services are medically necessary to prevent, diagnose or treat your illness or condition. Your Plan doctor must obtain the Plan's determination of medical necessity before you may be hospitalized, referred for specialty care or obtain follow-up care from a specialist. Your Plan doctor must obtain authorization from the Plan's Medical Director before you may be referred to non-Plan doctors or providers. 7
7 Page 8 9
8 Facts about this Plan continued

For new members

If you are already under the care of a specialist who is a Plan participant, you must still obtain a referral from a Plan primary care doctor for the care to be covered by the Plan. If the doctor who originally referred you to this specialist is now your Plan primary care doctor, you need only call to explain that you are now a Plan member and ask that you be referred for your next appointment.

If you are selecting a new primary care doctor and want to continue with this specialist, you must schedule an appointment so that the primary care doctor can decide whether to treat the condition or refer you back to the specialist.

Hospital care

If you require hospitalization, your primary care doctor or authorized specialist will make the necessary arrangements directly, and continue to supervise your care.

Out-of-pocket maximum

Copayments are required for most benefits. However, you will be entitled to a refund of copayments after your out-of-pocket expenses each calendar year for services provided or arranged by the Plan reach $2,000 per member. This copayment maximum does not include costs of inpatient mental conditions care, prescription drugs and dental benefits.

You should maintain accurate records of the copayments made, as it is your responsibility to determine when your copayment maximum is reached. You must file a claim for a refund of copayments within 60 days of the end of the calendar year. You are assured a predictable maximum in out-of-pocket costs for covered health and medical needs. Copayments are due when service is rendered, except for emergency care.

Deductible carryover

If you changed to this Plan during open season from a plan with a deductible and the effective date of the change was after January 1, any expenses that would have applied to that plan's deductible will be covered by your old plan if they are for care you got in January before the effective date of your coverage in this Plan. If you have already met the deductible in full, your old plan will reimburse these covered expenses. If you have not met it in full, your old plan will first apply your covered expenses to satisfy the rest of the deductible and then reimburse you for any additional covered expenses. The old plan will pay these covered expenses according to this year's benefits; benefit changes are effective January 1.

Submit claims promptly

When you are required to submit a claim to this Plan for covered expenses, submit your claim promptly. The Plan will not pay benefits for claims submitted later than December 31 of the

calendar year following the year in which the expense was incurred, unless timely filing was prevented by administrative operations of Government or legal incapacity, provided the claim was submitted as soon as reasonably possible.

**Experimental/investigational determinations**

**Requests for new technological treatments and alternative or unusual therapies are reviewed by the Scott and White Technical Assessment Committee (TAC). The TAC may receive input from health care practitioners and may review supporting literature, studies, and reports from sources it considers reliable such as peer reviewed medical literature, scientific journals, agencies of the federal government, and private technology assessment services. Recommendations of the TAC are presented to the Scott and White Quality Improvement Committee (QIC). If approved by the QIC, the recommendations are made to the Plan's Board of Directors. Those recommendations are considered by the Plan's medical director. If the request for coverage is approved, the affected member is notified directly. Other members of the Plan are informed through the quarterly member newsletter, *Insights*.**

Other considerations

Plan providers will follow generally accepted medical practice in prescribing any course of treatment. Before you enroll in this Plan, you should determine whether you will be able to accept treatment or procedures that may be recommended by your Plan providers.

The Plan's service area

The service area for this Plan, where Plan providers and facilities are located, is described below. You must live or work in the service area to enroll in this Plan.

The service area for this Plan includes the following areas: The counties of Bastrop, Bell, Blanco, Bosque, Brazos, Burleson, Burnet, Caldwell, Coryell, Falls, Grimes, Hamilton, Hays, Hill, Hood, Johnson, Lampasas, Lee, Llano, Madison, McLennan, Milam, Mills, Robertson, San Saba, Somervell, Travis, Walker, Washington, and Williamson, and portions of the following counties denoted by zip code:

Austin Erath Leon Waller 77418 78940 76401 75833 77855 77445 77452 78944 76433 75846 77865 77446 77833 76446 75850 77871 77484 78931 76457 8
8 Page 9 10
9 Facts about this Plan continued

The Plan's service area continued

Benefits for care outside the service area are limited to emergency services, as described on pages 14-15.

If you or a covered family member move outside the service area, you may enroll in another approved plan. It is not necessary to wait until you move or for the open season to make such a change; contact your employing office or retirement system for information if you are anticipating a move.

Medicare waiver

When Medicare is primary, members enrolled in both Part A and Part B will not be required to pay copayments for medical or hospital services included under their Medicare coverage.

General Limitations

Important notice

Although a specific service may be listed as a benefit, it will be covered for you only if, in the judgment of your Plan doctor, it is medically necessary for the prevention, diagnosis, or treatment of your illness or condition. No oral statement of any person shall modify or otherwise affect the benefits, limitations and exclusions of this brochure, convey or void any coverage, increase or reduce any benefits under this Plan or be used in the prosecution or defense of a claim under this Plan. This brochure is the official statement of benefits on which you can rely.

Circumstances beyond Plan control

In the event of major disaster, epidemic, war, riot, civil insurrection, disability of a significant number of Plan providers, complete or partial destruction of facilities, or other circumstances beyond the Plan's control, the Plan will make a good faith effort to provide or arrange for covered services. However, the Plan will not be responsible for any delay or failure in providing service due to lack of available facilities or personnel.

Other sources of benefits

This section applies when you or your family members are entitled to benefits from a source other than this Plan. You must disclose information about other sources of benefits to the Plan and complete all necessary documents and authorizations requested by the Plan.

If you or a covered family member is enrolled in this Plan and Medicare Part A and/or Part B, the Plan will coordinate benefits according to Medicare's determination of which coverage is primary. However, this Plan will not cover services, except those for emergencies, unless you use Plan providers. You must tell your Plan that you or your family member is eligible for Medicare. Generally, that is all you will need to do, unless your Plan tells you that you need to file a Medicare claim.

Group health insurance and automobile insurance

This coordination of benefits (double coverage) provision applies when a person covered by this

Plan also has, or is entitled to benefits from, any other group health coverage, or is entitled to the payment of medical and hospital costs under no-fault or other automobile insurance that pays benefits without regard to fault. Information about the other coverage must be disclosed to this Plan.

When there is double coverage for covered benefits, other than emergency services from non-Plan providers, this Plan will continue to provide its benefits in full, but is entitled to receive payment for the services and supplies provided, to the extent that they are covered by the other coverage, no-fault or other automobile insurance or any other primary plan. 9
9 Page 10 11
10 General Limitations continued

Group health insurance and automobile insurance, continued

One plan normally pays its benefits in full as the primary payer, and the other plan pays a reduced benefit as the secondary payer. When this Plan is the secondary payer, it will pay the lesser of (1) its benefits in full or (2) a reduced amount which, when added to the benefits payable by the other coverage, will not exceed reasonable charges. The determination of which health coverage is primary (pays its benefits first) is made according to guidelines provided by the National Association of Insurance Commissioners. When benefits are payable under automobile insurance, including no-fault, the automobile insurer is primary (pays its benefits first) if it is legally obligated to provide benefits for health care expenses without regard to other health benefits coverage the enrollee may have. This provision applies whether or not a claim is filed under the other coverage. When applicable, authorization must be given this Plan to obtain information about benefits or services available from the other coverage, or to recover overpayments from other coverages.

CHAMPUS

If you are covered by both this Plan and the Civilian Health and Medical Program of the Uniformed Services (CHAMPUS), this Plan will pay benefits first. As a member of a prepaid plan, special limitations on your CHAMPUS coverage apply; your primary provider must authorize all care. See your CHAMPUS Health Benefits Advisor if you have questions about CHAMPUS coverage.

Medicaid

If you are covered by both this Plan and Medicaid, this Plan will pay benefits first.

Workers' compensation

The Plan will not pay for services required as the result of occupational disease or injury for which any medical benefits are determined by the Office of Workers Compensation Programs (OWCP) to be payable under workers' compensation (under section 8103 of title 5, U. S. C.) or by a similar agency under another Federal or State law. This provision also applies when a third

party injury settlement or other similar proceeding provides medical benefits in regard to a claim under workers' compensation or similar laws. If medical benefits provided under such laws are exhausted, this Plan will be financially responsible for services or supplies that are otherwise covered by this Plan. The Plan is entitled to be reimbursed by OWCP (or the similar agency) for services it provided that were later found to be payable by OWCP (or the agency).

DVA facilities, DoD facilities, and Indian Health Service

Facilities of the Department of Veterans Affairs, the Department of Defense, and the Indian Health Service are entitled to seek reimbursement from the Plan for certain services and supplies provided to you or a family member to the extent that reimbursement is required under the Federal statutes governing such facilities.

Other Government agencies

The Plan will not provide benefits for services and supplies paid for directly or indirectly by any other local, State, or Federal Government agency.

Liability insurance and third party actions

If a covered person is sick or injured as a result of the act or omission of another person or party, the Plan requires that it be reimbursed for the benefits provided in an amount not to exceed the amount of the recovery, or that it be subrogated to the person's rights to the extent of the benefits received under this Plan, including the right to bring suit in the person's name. If you need more information about subrogation, the Plan will provide you with its subrogation procedures. 10
10 Page 11 12
CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS 11
General Exclusions

All benefits are subject to the limitations and exclusions in this brochure. Although a specific service may be listed as a benefit, it will not be covered for you unless your Plan doctor determines it is medically necessary to prevent, diagnose or treat your illness or condition as discussed under Authorizations on page 7 . The following are excluded:

Care by non-Plan doctors or hospitals except for authorized referrals or emergencies (see Emergency benefits)

Expenses incurred while not covered by this Plan

Services furnished or billed by a provider or facility barred from the FEHB Program

Services not required according to accepted standards of medical, dental, or psychiatric practice

Procedures, treatments, drugs or devices that are experimental or investigational

Procedures, services, drugs, and supplies related to sex transformations; and

Abortions, except when the life of the mother would be endangered if the fetus were carried to term

Medical and Surgical Benefits

What is covered

A comprehensive range of preventive, diagnostic and treatment services is provided by Plan doctors and other Plan providers. This includes all necessary office visits; you pay a $5 copay per visit, but no additional copay for laboratory tests, X-rays and routine immunizations for children under age 7. Within the Service Area, house calls will be provided if in the judgment of the Plan doctor such care is necessary and appropriate; you pay a $5 copay for house calls by a doctor and for home visits by nurses.

The following services are included:
Preventive care, including well-baby care and periodic check-ups

Mammograms are covered as follows: for women age 35 through age 39, one mammogram during these five years; for women age 40 through 49, one mammogram every one or two years; for women age 50 through 64, one mammogram every year; and for women age 65 and above, one mammogram every two years. In addition to routine screening, mammograms are covered when prescribed by a Plan doctor as medically necessary to diagnose or treat your illness.

Annual screening exams for males to detect prostate cancer as follows: physical exams as appropriate for your age and a prostate specific antigen (PSA) test **for men age** 50 years **or older and for men age** 40 years **or older** and have a family history, or other risk factor , for prostate cancer.

Routine immunizations and boosters

Consultations by specialists

Diagnostic procedures such as laboratory tests and X-rays

Complete obstetrical (maternity) care for all covered females, including prenatal, delivery and postnatal care by a Plan doctor. The mother, at her option, may remain in the hospital up to 48 hours after a regular delivery and 96 hours after a caesarean delivery. Inpatient stays will be extended if medically necessary. If enrollment in the Plan is terminated during pregnancy, benefits will not be provided after coverage under the Plan has ended. Ordinary nursery care of the newborn child during the covered portion of the mother's hospital confinement for maternity will be covered under either a Self Only or Self and Family enrollment; other care of an infant who requires definitive treatment will be covered only if the infant is covered under a Self and Family enrollment.

Voluntary sterilization and family planning services

Diagnosis and treatment of diseases of the eye

Allergy testing and treatment, including test and treatment materials (such as allergy serum)

The insertion of internal prosthetic devices, such as pacemakers and artificial joints.

Cornea, heart, heart-lung, single lung, double lung, pancreas, pancreas-kidney, kidney, and liver transplants; allogeneic (donor) bone marrow transplants; autologous bone marrow transplants (autologous stem cell and peripheral stem cell support) for the following conditions: acute lymphocytic or non-lymphocytic leukemia, advanced Hodgkin's lymphoma, and advanced non-Hodgkin's lymphoma; advanced neuroblastoma; testicular, 11

11 Page 12 13

CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS 12 Medical and Surgical Benefits continued

mediastinal, retroperitoneal and ovarian germ cell tumors; breast cancer; multiple myeloma; and epithelial ovarian cancer. Related medical and hospital expenses of the donor are covered when the recipient is covered by this Plan.

Women who undergo mastectomies may, at their option, have this procedure performed on an inpatient basis and remain in the hospital up to 48 hours after the procedure.

Dialysis

Chemotherapy, radiation therapy, and inhalation therapy

Surgical treatment of morbid obesity

Home health services of nurses, including intravenous fluids and medications, when prescribed by your Plan doctor, who will periodically review the program for continuing appropriateness and need

All necessary medical or surgical care in a hospital or extended care facility from Plan doctors and other Plan providers at no additional cost to you.

Outpatient rehabilitative therapy (physical, inhalation, speech, hearing, and occupational) when prescribed by your Plan doctor and you meet the treatment and improvement goals as described in an individual treatment plan developed by your Plan doctor for you. If you are physically disabled, treatment goals may include maintenance of function, prevention of deterioration, or slowing of further deterioration.

Diabetic self-management training as prescribed by your Plan doctor. Diabetic self-management training is available on the same basis as other patient education.

**Diabetic supplies and equipment; you pay a $5 office visit copay and 20% of charges; diabetic supplies include test strips for glucose monitors, urine test strips, lancets, and injection aids. Other diabetic supplies (insulin, syringes, oral agents, and Glucagon emergency kits) are covered under the Prescription Drug benefit. Diabetic equipment includes blood glucose monitors, insulin pumps, insulin infusion devices, and podiatric appliances for prevention of diabetic complications. Supplies and equipment may be rented or purchased, as determined by the Plan. Replacement is also determined by the Plan. You may be responsible for abuse or loss of rented or loaned equipment.**

Limited benefits

Oral and maxillofacial surgery is provided for nondental surgical and hospitalization procedures for congenital defects, such as cleft lip and cleft palate, and for medical or surgical procedures occurring within or adjacent to the oral cavity or sinuses including, but not limited to, treatment of fractures and excision of tumors and cysts. All other procedures involving the teeth or intra-oral areas surrounding the teeth are not covered, including any dental care involved in treatment of temporomandibular joint (TMJ) pain dysfunction syndrome.

Reconstructive surgery will be provided to correct a condition resulting from a functional defect or from an injury or surgery that has produced a major effect on the member's appearance and if the condition can reasonably be expected to be corrected by such surgery.

Durable medical equipment (DME) **and prosthetic appliances, such as artificial limbs, and supplies for these appliances are** covered when prescribed by your Plan physician and approved by the Plan. **DME may be rented or purchased, as determined by the Plan. Replacement of DME or prosthetic appliances is determined by the Plan. The cost of** installation and maintenance **of DME is not covered. Covered DME includes wheel chairs, crutches, hospital beds, walkers, and supplies solely for the DME. Covered prosthetic appliances does not include glass eyes.** You pay a $5 copay per visit and 20% of all other covered charges. The Plan covers only the first $1000 in covered charges per calendar year for durable medical equipment and prosthetic medical appliances combined. **You may be responsible for abuse or loss of rented or loaned equipment.**

Diagnosis and treatment of infertility is covered; you pay a $5 copay per visit. The following type of artificial insemination is covered: intrauterine insemination (IUI); you pay a $5 copay per visit; cost of donor sperm is not covered. Fertility drugs are not covered under the Prescription Drug Benefit. Other assisted reproductive technology (ART) procedures, such as in-vitro fertilization and embryo transfer are not covered.

What is not covered

Physical examinations that are not necessary for medical reasons, such as those required for obtaining or continuing employment or insurance, attending school or camp, or travel

Reversal of voluntary, surgically-induced sterility

Surgery or other treatment primarily for cosmetic purposes

Hearing aids

Chiropractic services

Homemaker services

Orthopedic devices, such as braces, and foot orthotics

Blood and blood derivatives not replaced by the member

Transplants not listed as covered
Outpatient cardiac rehabilitation
12
12 Page 13 14
CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS 13 Hospital/ Extended Care Benefits

What is covered

Hospital care

The Plan provides a comprehensive range of benefits with no dollar or day limit when you are hospitalized under the care of a Plan doctor. You pay nothing. All necessary services are covered, including:

Semi-private room accommodations; when a Plan doctor determines it is medically necessary, the doctor may prescribe private accommodations or private duty nursing care

Specialized care units, such as intensive care or cardiac care units

Extended care

The Plan provides a comprehensive range of benefits with no dollar or day limit when full-time skilled nursing care is necessary and confinement in a skilled nursing facility is medically appropriate as determined by a Plan doctor and approved by the Plan. You pay nothing. All necessary services are covered, including:

Bed, board and general nursing care

Drugs, biologicals, supplies, and equipment ordinarily provided or arranged by the skilled nursing facility when prescribed by a Plan doctor

Hospice Care

Supportive and palliative care for a terminally ill member is covered in the home or a hospice facility. Services include inpatient and outpatient care, and family counseling; these services are provided under the direction of a Plan doctor who certifies that the patient is in the terminal stages of illness, with a life expectancy of approximately six months or less.

Ambulance service

Benefits are provided for ambulance transportation ordered or authorized by a Plan doctor.

Limited benefits

Inpatient dental procedures

Hospitalization for certain dental procedures is covered when a Plan doctor determines there is a need for hospitalization for reasons totally unrelated to the dental procedure; the Plan will cover the hospitalization, but not the cost of the professional dental services. Conditions for which hospitalization would be covered include hemophilia and heart disease; the need for anesthesia, by itself, is not such a condition.

Acute inpatient detoxification

Hospitalization for medical treatment of substance abuse is provided on the same basis as for any other medical condition if a Plan doctor determines that outpatient management is not medically appropriate. See page 16 for non-medical substance abuse benefits

What is not covered

Personal comfort items, such as telephone and television

Blood and blood derivatives not replaced by the member

Custodial care, rest cures, domiciliary or convalescent care 13
13 Page 14 15
CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS 14 Emergency Benefits

What is a medical emergency?

A medical emergency is the sudden and unexpected onset of a condition or an injury that you, as a prudent layperson, believe endangers your life or could result in serious injury or disability, and requires immediate medical or surgical care. Some problems are emergencies because, if not treated promptly, they might become more serious; examples include deep cuts and broken bones. Others are emergencies because they are potentially life-threatening, such as heart attacks, strokes, poisonings, gunshot wounds, or sudden inability to breathe. There are many other acute conditions that the Plan may determine are medical emergencies— what they all

have in common is the need for quick action.

Emergencies within the service area

If you are in an emergency situation, please call your primary care doctor. In extreme emergencies, if you are unable to contact your doctor, contact the local emergency system (e. g., the 911 telephone system) or go to the nearest hospital emergency room. Be sure to tell the emergency room personnel that you are a Plan member so they can notify the Plan. You or a family member should notify the Plan within 48 hours. It is your responsibility to ensure that the Plan has been timely notified.

If you need to be hospitalized, the Plan must be notified within 48 hours or on the first working day following your admission, unless it was not reasonably possible to notify the Plan within that time. If you are hospitalized in non-Plan facilities and Plan doctors believe care can be better provided in a Plan hospital, you will be transferred when medically feasible with any ambulance charges covered in full.

Benefits are available for care from non-Plan providers in a medical emergency only if delay in reaching a Plan provider would result in death, disability or significant jeopardy to your condition.

To be covered by this Plan, any follow-up care recommended by non-Plan providers must be approved by the Plan or provided by Plan providers.

Plan pays. . . Reasonable charges for emergency services to the extent the services would have been covered if received from Plan providers.

You pay. . . $40 per hospital emergency room visit for emergency services which are covered benefits of this Plan. If the emergency results in admission to a hospital, the emergency care copay is waived.

Emergencies outside the service area

Benefits are available for any medically necessary health service that is immediately required because of injury or unforeseen illness.

If you need to be hospitalized, the Plan must be notified within 48 hours or on the first working day following your admission, unless it was not reasonably possible to notify the Plan within that time. If a Plan doctor believes care can be better provided in a Plan hospital, you will be transferred when medically feasible with any ambulance charges covered in full.

To be covered by this Plan, any follow-up care recommended by non-Plan providers must be approved by the Plan or provided by Plan providers.

Plan pays. . . Reasonable charges for emergency care services to the extent the services would

have been covered if received from Plan providers.

You pay. . . $40 per hospital emergency room visit for emergency services which are covered benefits of this Plan. If the emergency results in admission to a hospital, the emergency care copay is waived. 14
14 Page 15 16
CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS 15 Emergency Benefits continued

What is covered

Emergency care at a doctor's office or urgent care center

Emergency care as an outpatient or inpatient at a hospital, including doctors'services

Ambulance service approved by the Plan

What is not covered

Elective care or nonemergency care

Emergency care provided outside the service area if the need for care could have been foreseen before leaving the service area

Medical and hospital costs resulting from the normal, full-term delivery of a baby outside the Service Area

Filing claims for non-Plan providers

With your authorization, the Plan will pay benefits directly to the providers of your emergency care upon receipt of their claims. Physician claims should be submitted on the HCFA 1500 claim form. If you are required to pay for the services, submit itemized bills and your receipts to the Plan along with an explanation of the services and the identification information from your ID card.

Payment will be sent to you (or the provider if you did not pay the bill), unless the claim is denied. If it is denied, you will receive notice of the decision, including the reasons for the denial and the provisions of the contract on which denial was based. If you disagree with the Plan's decision, you may request reconsideration in accordance with the disputed claims procedure described on page 19.

Mental Conditions/ Substance Abuse Benefits Mental Conditions

What is covered

To the extent shown below, the Plan provides the following services necessary for the diagnosis and treatment of acute psychiatric conditions, including the treatment of mental illness or disorders:

Diagnostic evaluation

Psychological testing
Psychiatric treatment (including individual and group therapy)

Hospitalization (including inpatient professional services)

Outpatient care

Up to 20 outpatient visits to Plan doctors, consultants, or other psychiatric personnel each calendar year; you pay a $10 copay per visit for the first 20 visits and all charges thereafter.

Up to 60 outpatient visits are covered each calendar year for treatment of the following conditions: schizophrenia, paranoid and other psychotic disorders, bipolar disorders (hypomanic, manic, depressive and mixed), major depressive disorders (single episode or recurrent, schizo-affective disorders (bipolar or depressive), pervasive developmental disorders, obsessive-compulsive disorders and depression in childhood and adololescence. A copay applies to each visit.

Inpatient care

Up to 30 days of hospitalization each calendar year; you pay a $100 copay per day for a maximum of 5 days per confinement for the first 30 days and all charges thereafter.

Up to 45 days of hospitalization are covered per calendar year for treatment of the following conditions: schizophrenia, paranoid and other pschotic disorders, bipolar disorders (hypomanic, manic, depressive and mixed), major depressive disorders (single or recurrent), schizo-affective disorders (bipolar or depressive), pervasive developmental disorders, obsessive-compulsive disorders and depression in childhood and adolescence. A copay for the first five days of confinement applies.

15

15 Page 16 17
CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS 16
Mental Conditions/ Substance Abuse Benefits continued

What is not covered

Care for psychiatric conditions which in the professional judgment of Plan doctors are not subject to significant improvement through relatively short-term treatment

Psychiatric evaluation or therapy on court order or as a condition of parole or probation, unless determined by a Plan doctor to be necessary and appropriate

Psychological testing when not medically necessary to determine the appropriate treatment of a short-term psychiatric condition

Substance Abuse

What is covered

This Plan provides medical and hospital services such as acute detoxification services for the medical, non-psychiatric aspects of substance abuse, including alcoholism and drug addiction, the same as for any other illness or condition, and, to the extent shown below, the services necessary for diagnosis and treatment.

Outpatient care

All necessary visits to Plan providers for treatment; you pay a $5 copay per visit.

Inpatient care

All necessary rehabilitation in facilities approved by the Plan; you pay nothing.

What is not covered

Treatment not authorized by a Plan doctor.

Prescription Drug Benefits

What is covered

Prescription drugs prescribed by a Plan or referral doctor and obtained at a Plan pharmacy will be reimbursed for up to a 34-day supply. You pay the following copayment per prescription unit or refill: $5 generic formulary drugs, $10 name brand preferred formulary drugs and $25 non-formulary or non-preferred formulary drugs.

Maintenance drugs

Up to a 90-day supply or 300 units, whichever is less, are available for a single copay. A drug is a maintenance drug if the drug appears on the Plan's maintenance drug list, your plan doctor prescribes it for you for at least 6 months, and you have been taking the drug( s) for 6 months. Eligibility for the maintenance drug program begins with the 7th month. A new member who has been taking a drug listed on the maintenance drug list for 6 months or more may apply to his Plan physician or the Plan's director of pharmacies for an exception to this requirement.

Drugs are prescribed by Plan doctors and dispensed in accordance with the Plan's drug formulary. Non-formulary drugs will be covered when prescribed by a Plan doctor.

The Plan uses an open formulary to assure quality and minimize cost to members. The Plan's Pharmacy and Therapeutics Committee decides which drugs are included on the formulary. This committee includes specialty doctors, primary care doctors, and clinical pharmacists (pharmacists with doctoral degrees in pharmacology). The committee researches each drug and determines which are the most effective and highest quality drugs in each class. Drugs on the formulary are continuously evaluated by the committee.

Plan members may use any Plan pharmacy for initial prescriptions. Refills must be obtained at the Scott and White Health Plan Pharmacy. Prescriptions must be filled within one year from the date written.

Covered medications include:

Drugs for which a prescription is required by Federal law

Oral contraceptive drugs

Insulin, oral agents for controlling blood sugar levels, and Glucagon emergency kits

Disposable needles and syringes needed for injecting covered prescribed medication, including insulin

Intravenous fluids and medications for home use, some implantable drugs and some injectable drugs are covered under Medical and Surgical Benefits. 16
16 Page 17 18
CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS 17
Prescription Drug Benefits continued

**Limited Benefits**

**Drugs to treat sexual dysfunction are limited. Contact the Plan for dosage limits. You pay a $25 copayment up to the dosage limits and all charges above that.**

What is not covered

Drugs available without a prescription or for which there is a nonprescription equivalent available

Drugs obtained at a non-Plan pharmacy except for out-of-area emergencies

Vitamins and nutritional substances that can be purchased without a prescription

Medical supplies such as dressings and antiseptics

Drugs for cosmetic purposes

Drugs to enhance athletic performance

Contraceptive devices, implantable contraceptive drugs (such as Norplant), and injectable contraceptive drugs (such as Depo Provera)

Fertility drugs

Smoking cessation drugs and medication

Other Benefits

Dental care

What is covered

The following dental services are covered when authorized and provided by Plan dentists, up to a maximum Plan payment of $500 per member per calendar year:

DIAGNOSTIC -You pay nothing for one two-film or four-film bitewing X-ray per year; You pay 25% of charges for all other dental X-rays.

PREVENTIVE -You pay nothing for one prophylaxis (cleaning) per year and you pay 25% of charges for other preventive services, such as additional prophylaxis.

What is not covered

Services not authorized and provided by a Plan dentist

Services related to accidents and injuries

Other dental services not shown as covered

Vision care

What is covered

In addition to the medical and surgical benefits provided for diagnosis and treatment of diseases of the eye, annual eye refractions (to provide a written lens prescription) may be obtained from Plan providers. You pay a $5 copay per visit.

What is not covered

Eye exercises

Corrective eyeglasses and frames or contact lenses (including the fitting of lenses). 17
17 Page 18 19
CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS 18 Non-FEHB Benefits Available to Plan Members The benefits described on this page are neither offered nor guaranteed under the contract with the FEHB Program, but are made available to all enrollees and family members of this Plan. The cost of the benefits described on this page is not included in the FEHB premium; any charges for these services do not count toward any FEHB deductibles, out-of-pocket maximum copay charges, etc. These benefits are not subject to the FEHB disputed claims procedure.

SCOTT & WHITE HEALTH PLAN EYE WEAR PROGRAM Although eye wear is not covered by Scott & White Health Plan, reduced prices for members have been negotiated by Scott & White Health Plan officials at the listed locations. The providers offer members real savings, but you may wish to shop and compare prices. Be sure to identify yourself as a Scott & White Health Plan member to the participating optical suppliers in order to receive special prices.

BUDGET OPTICAL PLAN Plan members can purchase single vision plastic lens with any non-designer frame in the store for only $35.* Bifocals (FT 28) plastic lens and frames will cost only $54.*

Available at additional cost are specialty lenses such as no-line bifocals, high-power lenses, glass lenses, tinted lenses, photo gray lenses, scratch coats, shading, and designer series frames.

Budget Optical Locations

1121 Briarcrest Dr., Ste. 302 Bryan, TX 77802 (409) 776-1555

920B N. Austin Ave. Georgetown, TX 78626 (512) 869-6586

1203 Round Rock Ave. Round Rock, TX 78681 (512) 388-7964

404 University Dr. East, Ste. B College Station, TX 77840 (409) 693-2891

1106 S. W. S. Young Killeen, TX 76543 (254) 690-1000

1119-B S. 31st Street Temple, TX 76504 (254) 773-3248

2602 East Hwy 190 Copperas Cove, TX 76522 (254) 542-4040

401 E. Rancier Killeen, TX 76541 (254) 634-9978

19 South Main Temple, TX 76501 (254) 771-3937

2324 S. Hwy 36 Gatesville, TX 76528 (254) 865-7999

620-B Highway 195 Killeen, TX 76541 (254) 634-8338

612 North New Road Waco, TX 76710 (254) 751-1311

1903 South Market Brenham, TX 77833 (409) 830-8833

*Prices subject to change without notice.

DISCOUNT PROGRAM

A discount eye wear program has also been established at certain participating eye care locations. Discounts on premium frames and lenses are available at the following locations.

Discount Program Locations

Ann L. Wild, O. D. 2746 Longmire College Station, TX 77845 (409) 764-1554

Dietz-McLean Optical Co. 2625 South 31 st Street Temple, TX 76504 (254) 773-5041

Total Care Vision Center 1103 South 31 st Street Temple, TX 76504 (254) 773-4522

Austin Avenue Eye Clinic 2501 Austin Avenue Waco, TX 76710 (254) 753-5751

Medicare prepaid plan enrollment -This Plan offers Medicare recipients the opportunity to enroll in the Plan through Medicare. As indicated on page 4, annuitants and former spouses with FEHB coverage and Medicare Part B may elect to drop their FEHB coverage and enroll in a Medicare prepaid plan when one is available in their area. They may then later reenroll in the FEHB Program. Most Federal annuitants have Medicare Part A. Those without Medicare Part A may join this Medicare prepaid plan but will have to pay for hospital coverage in addition to the Part B premium. Before you join the plan, ask whether the plan covers hospital benefits and, if so, what you will have to pay. Contact your retirement system for information on dropping your FEHB enrollment and changing to a Medicare prepaid plan.

If you are Medicare eligible and are interested in enrolling in a Medicare HMO sponsored by this Plan without dropping your enrollment in this Plan's FEHB plan, call (888) 333-3980 for information on the benefits available under the Medicare HMO.

Benefits on this page are not part of the FEHB contract. 18
18 Page 19 20
CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS 19 How to Obtain Benefits Questions If you have a question concerning Plan benefits or how to arrange for

care, contact the Plan's Member Relations Office in Temple at 254/298-3000, in Waco at 254/776-5468, in Bryan/ College Station at 409/268-7947, or Round Rock at 512/310-3009, or TDD at 254/724-2832, or you may write to the Plan at 2401 South 31st Street, Temple, Texas 76508. You may also contact the Plan by fax at 254/298-3385, at its website at http://www.sw.org or by email at hpsjp@swmail.sw.org.

Disputed claims review

Plan reconsideration

If a claim for payment or services is denied by the Plan, you must ask the Plan, in writing and within six months of the date of the denial, to reconsider its denial before you request a review by OPM. (This time limit may be extended if you show you were prevented by circumstances beyond your control from making your request within this time limit). OPM will not review your request unless you demonstrate that you gave the Plan an opportunity to reconsider your claim. Your written request to the Plan must state why, based on specific benefit provisions in this brochure, you believe the denied claim for payment or service should have been paid or provided. Refer to specific benefit provisions in this brochure.

Within 30 days after receipt of your request for reconsideration, the Plan must affirm the denial in writing to you, pay the claim, provide the service, or request additional information reasonably necessary to make a determination. If the Plan asks a provider for information it will send you a copy of this request at the same time. The Plan has 30 days after receiving the information to give its decision. If this information is not supplied within 60 days, the Plan will base its decision on the information it has on hand.

OPM review

If the Plan affirms its denial, you have the right to request a review by OPM to determine whether the Plan's actions are in accordance with the terms of its contract. You must request the review within 90 days after the date of the Plan's letter affirming its initial denial.

You may also ask OPM for a review if the Plan fails to respond within 30 days of your written request for reconsideration or 30 days after you have supplied additional information to the Plan. In this case, OPM must receive a request for review within 120 days of your request to the Plan reconsideration or of the date you were notified that the Plan needed additional information, either from you or from your doctor or hospital.

This right is available only to you or the executor of a deceased claimant's estate. Providers, legal counsel, and other interested parties may act as your representative only with your specific written consent to pursue payment of the disputed claim. OPM must receive a copy of your written consent with their request for review.

Your written request for an OPM review must state why, based on specific benefit provisions in this brochure, you believe the denied claim for payment or service should have been paid or

provided. If the Plan has reconsidered and denied more than one unrelated claim, clearly identify the documents for each claim.

Your request must include the following information or it will be returned by OPM:

A copy of your letter to the Plan requesting reconsideration; A copy of the Plan's reconsideration decision (if the Plan failed to respond, provide instead (a) the date of your request to the Plan or (b) the dates the Plan requested and you provided additional information to the Plan);

Copies of documents that support your claim, such as doctors' letters, operative reports, bills, medical records, and explanation of benefit (EOB) forms; and

Your daytime phone number. 19
19 Page 20 21
20 How to Obtain Benefits continued Medical documentation received from you or the Plan during the review process becomes a permanent part of the disputed claim file, subject to the provisions of the Freedom of Information Act and the Privacy Act.

Send your request for review to: Office of Personnel Management, Office of Insurance Programs, Contracts Division 4, P. O. Box 436, Washington, DC 20044.

You (or a person acting on your behalf) may not bring a lawsuit to recover benefits on a claim for treatment, services, supplies or drugs covered by this Plan until you have exhausted the OPM review procedure, established at section 890.105, title 5, Code of Federal Regulations (CFR). If OPM upholds the Plan's decision on your claim, and you decide to bring a lawsuit based on the denial, the lawsuit must be brought no later than December 31 of the third year after the year in which the services or supplies upon which the claim is predicated were provided. Pursuant to section 890.107, title 5, CFR, such a lawsuit must be brought against the Office of Personnel Management in Federal court.

Federal law exclusively governs all claims for relief in a lawsuit that relates to this Plan's benefits or coverage or payments with respect to those benefits. Judicial action on such claims is limited to the record that was before OPM when it rendered its decision affirming the Plan's denial of the benefit. The recovery in such a suit is limited to the amount of benefits in dispute.

Privacy Act statement -If you ask OPM to review a denial of a claim for payment or service, OPM is authorized by chapter 89 of title 5, U. S. C., to use the information collected from you and the Plan to determine if the Plan has acted properly in denying you the payment or service, and the information so collected may be disclosed to you and/ or the Plan in support of OPM's decision on the disputed. 20
20 Page 21 22
21 NOTES 21
21 Page 22 23
22 NOTES 22
22 Page 23 24

23 How Scott and White Health Plan changes January 1999 Do not rely on this page; it is not an official statement of benefits.

Program-wide changes

Several changes have been made to comply with the President's mandate to implement the recommendations of the Patient Bill of Rights.

If you have a chronic, complex, or serious medical condition that causes you to frequently see a Plan specialist, your primary care doctor will develop a treatment plan with you and your health plan that allows an adequate number of direct access visits with that specialist, without the need to obtain further referrals (See page 7 for details).

A medical emergency is defined as the sudden and unexpected onset of a condition or an injury that you believe endangers your life or could result in serious injury or disability, and requires immediate medical or surgical care (See page 14).

The medical management of mental conditions will be covered under this Plan's Medical and Surgical Benefits provisions. Related drug costs will be covered under this Plan's Prescription Drug benefits, and any costs for psychological testing or psychotherapy will be covered under this Plan's Mental Conditions Benefits.

Changes to this Plan

Annual screening exams to detect prostate cancer are **covered**. You pay $5.

Benefits for outpatient physical, inhalation, speech, hearing, and occupational therapy are now covered while your condition improves and meets treatment goals including maintenance of function if you are disabled. You pay $5.

Benefits for specified diabetic supplies, equipment, and self-management training are now covered without annual limits. You pay a $5 office visit copayment and 20% of covered charges for diabetic equipment and supplies.

Benefits have been added for durable medical equipment and prosthetic medical appliances. Th Plan pays a combined maximum benefit of $1000 per year. You pay $5 per visit and 20% of all other covered charges.

23

23 Page 24

24 Summary of Benefits for Scott and White Health Plan — 1999 Do not rely on this chart alone. All benefits are provided in full unless otherwise indicated subject to the limitations and exclusions set forth in the brochure. This chart merely summarizes certain important expenses

covered by the Plan. If you wish to enroll or change your enrollment in this Plan, be sure to indicate the correct enrollment code on your enrollment form (codes appear on the cover of this brochure). ALL SERVICES COVERED UNDER THIS PLAN, WITH THE EXCEPTION OF EMERGENCY CARE, ARE COVERED ONLY WHEN PROVIDED OR ARRANGED BY PLAN DOCTORS.

Benefits Plan pays/ provides Page

Inpatient Care

Hospital Comprehensive range of medical and surgical services without dollar or day limit. Includes in-hospital doctor care, room and board, general nursing care private room and private nursing care if medically necessary, diagnostic tests, drugs and medical supplies, use of operating room, intensive care and complete maternity care. You pay nothing........................................................ 13

Extended Care All necessary services, no dollar or day limit. You pay nothing .................... 13

Mental Conditions Diagnosis and treatment of acute psychiatric conditions for up to 30 days of inpatient care per year. You pay a $100 copay per day for a maximum of 5 days per confinement...................................................... 15, 16

Substance Abuse All necessary care for substance abuse. You pay nothing......................... 16

Outpatient care

Comprehensive range of services such as diagnosis and treatment of illness or injury, including specialist's care; preventive care, including well-baby care, periodic check-ups and routine immunizations; laboratory tests and X-rays; complete maternity care. You pay a $5 copay per visit; $5 per house call by a doctor.......... 11, 12

Home Health Care All necessary visits by nurses. You pay a $5 copay per visit .................... 11, 12

Mental Conditions Up to 20 outpatient visits per year, except 60 visits for certain serious mental illnesses. You pay a $10 copay per visit ........................................ 15, 16

Substance Abuse All necessary care for substance abuse. You pay a $5 copay per visit ................ 16

Emergency care Reasonable charges for services and supplies required because of a medical emergency. You pay a $40 copay to the hospital for each emergency room visit and any charges for services that are not covered benefits of this Plan................ 14, 15

Prescription drugs Drugs prescribed by a Plan doctor, dispensed in accordance with the Plan's

drug formulary and obtained at a Plan pharmacy. You pay the following copayment per prescription unit or refill: $5 generic formulary drugs, $10 name brand formulary drugs, $25 non-formulary drugs .......................................... 16, 17

Dental care Routine preventive dental care to a maximum Plan payment of $500 per member per year. One free cleaning and X-ray per year. For other services you pay 25% of covered charges ........................................................ 17

Vision care One refraction annually. You pay a $5 copay per visit ............................ 17

Out-of-pocket maximum Copayments are required for most benefits; however, after your out-of-pocket expenses reach a maximum of $2,000 per member per calendar year, covered benefits will be provided at 100%. Charges for inpatient treatment for mental conditions, prescription drugs and dental care do not count toward this maximum.. ...... 8 24

Page Navigation Panel

1 2 3 4 5 6 7 8 9
10 11 12 13 14 15 16 17 18 19
20 21 22 23 24

APPENDIX B

SUBSCRIPTION RATES, CHARGES, ALLOWANCES AND LIMITATIONS

CONTRACT NAME: Scott and White Health Plan

CONTRACT NO.: CS 1929

Effective January 1, 1999

Biweekly Net-to-Carrier Rates are as follows:

| Code | | High Option |
|---|---|---|
| UF | Self Only | $102.42 |
| | Self and Family | $266.03 |

# APPENDIX C

## CONTRACT ADMINISTRATION DATA

1. *Routine Contract Administration.* Except as specified below, each party should have one representative for administering the contract. The representatives are:

| CARRIER | OPM |
|---|---|
| Scott and White Health Plan<br>Henry Eckert, Assoc. Exec. Dir.<br>2401 South 31st Street<br>Temple, TX 76508 | Chief, Insurance Contracts Division ___<br>P.O. Box 707<br>Washington, DC 20044 |

2. *Notice.* Where this contract requires that one party notify the other party in writing such notice shall be sent to:

| CARRIER | OPM |
|---|---|
| Scott and White Health Plan<br>Att: Henry Eckert<br>2401 South 31st Street<br>Temple, TX 76508 | Office of Insurance Programs<br>P.O. Box 707<br>Washington, DC 20044 |

3. *Paying.* The OPM paying office and Carrier office(s) designated to receive funds are specified below. Where the Carrier designates more than one receiving office, *i.e.*, split between the Carrier and an Underwriter, both receiving offices with the percentage split between them shall be shown:

| CARRIER | OPM |
|---|---|
| Scott and White Health Plan<br>Michelle Delegram<br>Chief Financial Officer<br>2401 South 31st Street<br>Temple, TX 76508 | Fiscal Management Division<br>P.O. Box 547<br>Washington, DC 20044 |

4. *Reporting.* When required, the Carrier shall furnish the following reports to the address specified.

| ITEM: | SEND TO: |
|---|---|
| Annual Reporting Package | Fiscal Management Division<br>P.O. Box 547<br>Washington, DC 20044 |

5. *Disputed Claims.* The following offices are designated for the receipt and processing of disputed claims.

| CARRIER | OPM |
|---|---|
| Same as #1 | Insurance Contracts Division __<br>P.O. Box 436<br>Washington, DC 20044 |

<u>As required by Section 1.7, if any information on this sheet changes, you must notify your Contract Representative immediately.</u>