United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 16, 2007

Daniel Bernard Abrahams, Esq.,

Epstein, Becker & Green, P.C.

1227 25th Street, NW

Washington, DC 20037-1156

In re: GHS Health Maintenance Org., Inc., d/b/a Bluelincs, et al. v. United States, Nos. 01-517 C, 05-371 C and 05-963 C

Dear Mr. Abrahams:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated May 11, 2007, in favor of plaintiffs in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes
Chief Deputy Clerk Operations

Enclosures

cc: Jane Wallace Vanneman, Esq.
Michael S. Nadel, Esq.